First Department. May 10, 1912.) Action by Carroll F. Smith, as treasurer, etc., against Joseph L. Weller. K. H. Rosenberg, for appellant. R. P. Beyer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SPECHT, Respondent, v. WATERBURY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Henry W. Specht, as administrator, etc., of Magdalena Specht, deceased, against the Waterbury Company.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 144 App. Div. 938, 129 N. Y. Supp. 1147.
THOMAS, J., dissents.

SPRAGUE, Appellant, v. WALTS, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Jeanette Sprague against Katherine L. Walts, as executrix, etc.
PER CURIAM. Judgment affirmed, with costs.
SPRING and KRUSE, JJ., dissent.

SPRAGUE, Appellant, v. WALTS, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 5, 1912.) Action by Jeanette Sprague against Katherine L. Walts, as executrix, etc.
PER CURIAM. Order affirmed, with costs.
SPRING and KRUSE, JJ., dissent.

In re SPRING VALLEY SWAMP. (Supreme Court, Appellate Division, Second Department. May 1, 1912.) In the matter of the proceedings for drainage of certain lowlands, known as the Spring Valley Swamp, etc. No opinion. Order of the County Court of Rockland County affirmed, with $10 costs and disbursements. See, also, 145 App. Div. 636, 129 N. Y. Supp. 918.

SPRINTZ, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Samuel Sprintz against Michael Cooper. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SPRINTZ, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Charles Sprintz against Michael Cooper. No opinion. Motion denied, on condition that the appellant perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

SPRINTZ, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Samuel Sprintz against Michael Cooper. No opinion. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, without costs.

SPRINTZ, Respondent, v. COOPER, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by Charles Sprintz against Michael Cooper. No opinion. Order of the County Court of Kings County reversed, with $10 costs and disbursements, and motion denied, without costs.

SQUIRES v. FITZHUGH SMITH CO. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by Lewis Squires against the Fitzhugh Smith Company. With this case have been consolidated in this court cases bearing titles as follows: John F. Smith v. Suburban Land Co.; Louis Bowsky v. Geo. W. Schlichten; Helen A. French v. Chas. T. French; Alfred Koscherak v. Arthur G. Wunderle. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 133 N. Y. Supp. 916; 75 Misc. Rep. 625, 133 N. Y. Supp. 966; 76 Misc. Rep. 206, 134 N. Y. Supp. 600.

STADLER, Respondent, v. QUEENSBOROUGH DEALERS' & CONSUMERS' HYGEIA ICE CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Albert M. Stadler against the Queensborough Dealers' & Consumers' Hygeia Ice Company, Limited. I. G. Darrin, for appellant. J. J. Baber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STANTON, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by Starr M. Stanton against the Lehigh Valley Railroad Company.
PER CURIAM. Judgment affirmed, with costs. See, also, 145 App. Div. 902, 129 N. Y. Supp. 1147.
KELLOGG, J., not sitting.

STARK, Respondent, v. WYCKOFF LUMBER & MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 22, 1912.) Action by W. Anna Stark against the Wyckoff Lumber & Manufacturing Company. No opinion. Order affirmed, with $10 costs and disbursements.

STEDMAN, Respondent, v. TOWN OF OSCEOLA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 1, 1912.) Action by Mary R. Stedman against the Town of Osceola. No opinion. Motion to amend decision (147 App. Div. 220, 132 N. Y. Supp. 28) denied.